No. 54255.—Miller Harness Co. et al. *v.* United States, protests 139138–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.